# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CHANCE TURNER BROWN, IV, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:25-cv-02323-SHL-cgc |
| WELLS FARGO BANK, N.A., | ) |
| Defendant. | ) |

## ORDER DIRECTING CLERK TO UNSEAL FILING

Plaintiff Chance Turner Brown, IV, filed an Ex Parte Emergency Petition for Writ of Judicial Determination under seal on April 15, 2025.  (ECF No. 14 (sealed).)  The filing does not contain any confidential, proprietary, or personally identifying information that justifies withholding it from the public or defense counsel.  See Shane Grp., Inc. v. Blue Cross Blue Shield of Mich., 825 F.3d 299, 305 (6th Cir. 2016) ("Only the most compelling reasons can justify non-disclosure of judicial records." (quoting In re Knoxville News–Sentinel Co., 723 F.2d 470, 476 (6th Cir. 1983))).  Thus, the Clerk of Court is **DIRECTED** to unseal Document Entry 14.

**IT IS SO ORDERED,** this 17th day of April, 2025.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE